UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re GRAND JURY INVESTIGATION 07-01 | No. 07-166M |
| In re Material Witness: <br> MI HYE JO | DETENTION ORDER <br> Material Witness |

<u>Charge</u>:  Material Witness

<u>Date of Detention Hearing</u>:    April 9, 2007

The Court, having conducted an uncontested detention hearing pursuant to 18 U.S.C. §§ 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Mi Hye Jo was arrested on a material witness warrant in a matter currently pending before the grand jury, upon a finding that she had material evidence to provide and that it was impracticable to secure her presence by subpoena.  She made her initial appearance in this Court on April 4, 2007.

(2) The United States has moved to detain Ms. Jo pursuant to 18 U.S.C. § 3144 pending her appearance before the grand jury.

(3) There is an immigration detainer lodged against the witness.

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 1

15.13  
Rev. 1/91

(4) Defendant has stipulated to detention, but reserves the right to contest her continued detention if there is a change in circumstances.

(5) The material witness is viewed as a risk of nonappearance based on her unknown background information and lack of information about any ties to this community or to the Western District of Washington.

It is therefore ORDERED:

(1) The material witness shall be detained pending the taking of her testimony and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) The material witness shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which material witness is confined shall deliver the material witness to a United States Marshal for the purpose of an appearance in connection with a court proceeding or for providing testimony in connection with a case pending in this Court; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, counsel for the material witness, the United States Marshal, and the United States Pretrial Services Officer.

DATED this 9th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge